# United States Court of Appeals
# for the Federal Circuit

---

November 2, 2015

**ERRATUM**

---

Appeal No. 2015-1041

---

**TESCO CORPORATION,**
*Plaintiff*

**v.**

**NATIONAL OILWELL VARCO, L.P., OFFSHORE ENERGY SERVICES, INC., FRANK'S INTERNATIONAL, LLC,**
*Defendants-Appellees*

**v.**

**GLENN A. BALLARD, JR., JOHN F. LUMAN, III,**
*Interested Parties-Appellants*

---

Decided: October 30, 2015
Precedential Opinion

---

The following change has been made on page 2, line 55 of the opinion.
Insert:

Opinion for the court filed by *Circuit Judge* O'MALLEY.

Dissenting opinion filed by *Circuit Judge* NEWMAN.